CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAGISTRATE. JUDGE STEVEN M. GOLD    DATE : 3/28 /08

DOCKET NUMBER : 08 M 270    LOG # : ( 11:17 - 11:23 )

DEFENDANT'S NAME : DAVID JOHNSON
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL : STEPHEN MAHLER
___ Federal Defender of NY ✓ CJA ___ Retained

A.U.S.A. *Ray Tierney for* MATTHEW AMATRUDA    DEPUTY CLERK : SM Yuen

INTERPRETER : _____ (Language) _____

___ Hearing held. ___ Hearing adjourned to _____

✓ Defendant was released on $ 150,000 PRB (with)/without some conditions.

✓ Defendant was advised of bond conditions by the Court and signed the bond.

✓ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-sgned bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.    Code Type___ Start_____ Stop_____

___ Order of Speedy Trial entered.    Code Type___ Start_____ Stop_____

___ Defendant's first appearance.    ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____